**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| ERIC WINSTON<br>ADC #105483 | PLAINTIFF |
| V.        NO: 5:08CV00231 JMM/HDY | |
| FRED EVANS *et al.* | DEFENDANTS |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a default judgment (docket entry #51) is DENIED.

DATED this __19__ day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE