IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC WINSTON                                                                                         PLAINTIFF
ADC #105483

V.                                          NO: 5:08CV00231 JMM/HDY

FRED EVANS *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a default judgment (docket entry #89) is DENIED.

DATED this   22   day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE