## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ERIC WINSTON                                                                                          PLAINTIFF
ADC #105483

V.                                         NO: 5:08CV00231 JMM/HDY

FRED EVANS *et al.*                                                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.    Defendant Cynthia Reed's motion to dismiss (docket entry #104) is DENIED.

2.    Reed is directed to file her answer no later than 20 days after the entry of this order.

DATED this __2__ day of October, 2009.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE