**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ERIC WINSTON                                                                                          PLAINTIFF
ADC #105483

V.                                      NO: 5:08CV00231 JMM/HDY

FRED EVANS *et al.*                                                                              DEFENDANTS

### **ORDER**

Service has been attempted on Defendant Fred Evans at addresses which are filed under seal.

The Clerk is directed to provide to counsel for Plaintiff the addresses filed under seal. Counsel for Plaintiff shall not provide the information filed under seal to Plaintiff.

IT IS SO ORDERED this __29__ day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE