*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ERIC WINSTON                                                                                           PLAINTIFF

vs.                                      CASE NO. 5:08cv00231 JMM

FRED EVANS, et al                                                                                DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge J. Thomas Ray, the Court finds that this case should be dismissed. The jury trial scheduled April 25, 2011 is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 25th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE