IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC WINSTON                                                                                    PLAINTIFF

VS.                            CASE NO. 5:08CV00231  JMM

EVANS, ET AL                                                                                 DEFENDANTS

### ORDER

Pending before the Court is the Motion for Assessment For Out-Of-Pocket Expenses of Appointed Counsel filed by counsel for Eric Winston (#166).  Having considered the application pursuant to the guidelines and policies of the Library Fund, the motion is granted and the Court orders the Clerk of the Court to disburse money from the Library Fund in the amount of  $522.72 and to distribute it to the named applicant.   A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

Any remaining costs are considered  incidental to normal preparation of trial.  *See* Local Rule 83.6 of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas.

IT IS SO ORDERED THIS 26  day of   January  , 2011.

_____
James M. Moody
United States District Court.